IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | |
|---|---|
| IN RE:<br>RANDY PROBST, SR. AKA<br>RANDY LEHMAN PROBST, SR. AKA<br>RANDALL L PROBST, SR.<br>    Debtor | Case No. 21-70361-JAD |
| FREEDOM MORTGAGE CORPORATION<br>    Movant | Chapter 7 |
| vs.<br>RANDY PROBST, SR. AKA<br>RANDY LEHMAN PROBST, SR. AKA<br>RANDALL L PROBST, SR.<br>    and<br>LISA M SWOPE, (TRUSTEE)<br>    Respondents | Related to Doc. #55 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 17th day of August, 2022, upon Motion for Relief from the Automatic stay filed by Freedom Mortgage Corporation (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 1796 GEIGER ROAD, FRIEDENS, PENNSYLVANIA 15541, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Jeffery A Deller    sjk
BANKRUPTCY JUDGE

FILED
8/17/22 7:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA