# Notice Recipients

| District/Off: 0315–7 | User: auto | Date Created: 8/17/2022 |
|---|---|---|
| Case: 21–70361–JAD | Form ID: pdf900 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com |
| aty | Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com |
| aty | Mario J. Hanyon | wbecf@brockandscott.com |
| aty | Sean Logue | pittbankruptcy@gmail.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db    Randy Probst, Sr.    329 Figg Avenue    Johnstown, PA 15901

TOTAL: 1